IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 SEP 11 PM 2:49
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| ILIOS PRODUCTION DESIGN, LLC, §<br>PLAINTIFF, §<br>§<br>V. §<br>§<br>THE CINCINNATI INSURANCE §<br>COMPANY, INC.; THE CINCINNATI §<br>CASUALTY COMPANY, INC.; AND §<br>THE CINCINNATI INDEMNITY §<br>COMPANY, INC., §<br>DEFENDANTS. § | CAUSE NO. 1:20-CV-857-LY |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On this same date, the court rendered an order dismissing Plaintiff's complaint with prejudice for failure to state a claim for relief. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Defendants are awarded costs.

**IT IS FURTHER ORDERED** that the case hereby **CLOSED**.

SIGNED this _11th_ day of September, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE