IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 SEP 16 PM 2:25
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
      DEPUTY

| | |
|---|---|
| ILIOS PRODUCTION DESIGN, LLC § | |
| *Plaintiff* § | |
| § | |
| v. § | |
| § | CAUSE NO. 1:20-CV-857-LY |
| § | |
| THE CINCINNATI INSURANCE § | |
| COMPANY, INC., THE CINCINNATI § | |
| CASUALTY COMPANY, INC. and § | |
| THE CINCINNATI INDEMNITY § | |
| COMPANY, INC. § | |
| *Defendants* § | |

## ORDER

The Court, having considered Plaintiff's Motion for Reconsideration, GRANTS the Motion. Additionally, taking under consideration Plaintiff's request for leave to file it's Unopposed Motion for Extension of Time to File its Response to Defendants' Motion to Dismiss, the Court GRANTS the Motion. Accordingly, it is hereby:

ORDERED that the September 11, 2020 Final Judgment dismissing Plaintiff's claim with prejudice for failure to state a claim is hereby vacated.

ORDERED that Plaintiff's Response to Defendants' Motion to Dismiss shall be filed on or before October 14, 2020.

ORDERED that costs borne by Defendant responding to this Motion shall be assessed against Plaintiff's counsel and paid within fourteen (14) days of the date of this Order.

IT IS SO ORDERED.

Dated: September 16, 2020

_____
THE HONORABLE LEE YEAKEL
UNITED STATES DISTRICT JUDGE